Dave STINSON, Appellant,

v.

MISSOURI DEPARTMENT OF CORRECTIONS, Respondent.

No. WD 61500.

Missouri Court of Appeals, Western District.

June 3, 2003.

Save Stinson, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Tamara Ader, Asst. Attorney General, Jefferson City, for respondent.

Before RONALD R. HOLLIGER, P.J., PAUL M. SPINDEN, and JAMES M. SMART, JR., JJ.

*Order*

PER CURIAM.

Dave T. Stinson appeals the grant of a motion for judgment on the pleadings based on his failure to state a claim upon which relief can be granted. The judgment is affirmed. Rule 84.16(b).